IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JANIS SHUMWAY,

    Plaintiff,

v.                                                    2:21-cv-02303-SHL-atc

GAURI ESHAN, INC.,
KAMLESHBHAI J PATEL d/b/a OAKLAND INN, and
CHHAYA PATEL d/b/a OAKLAND INN, Individually,

    Defendants.

## JOINT STIPULATION OF DISMISSAL

Plaintiff Janis Shumway ("Shumway") and Defendants Kamleshbhai J. Patel and Chhaya Patel (collectively "Patels") stipulate and agree to the following:

1. The Patels are the members of Gauri Eshan, Inc., a corporation organized and existing under the laws of the State of Tennessee.

2. Gauri Eshan, Inc. is the owner and operator of the Oakland Inn, the hotel at issue in this action, and owned and operated the Oakland Inn at all times relevant hereto.

3. Gauri Eshan is the proper defendant in this action, and the Patels should be dismissed from this action with prejudice.

4. The caption in this matter shall be changed to remove the Patels as party defendants.

The foregoing joint stipulation is entered into this 10th day of August, 2021.

Respectfully submitted,

HARRIS SHELTON HANOVER WALSH, PLLC

By: /s/ Henry B. Talbot
    Jeffrey L. Griffin    #20760
    Henry B. Talbot    #32396

6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119
(901) 525-1455
jgriffin@harrisshelton.com
htalbot@harrisshelton.com

*Attorneys for Defendants*

THOMAS B. BACON, P.A.

By: /s/ Kimberly A. Corkill
    Kimberly A. Corkill
    Thomas B. Bacon

7 N. Coyle Street
Pensacola, FL 32502
kimberlyatlaw@gmail.com
tbb@thomasbaconlaw.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I certify that on the 10th day of August, 2021, a true and correct copy of the foregoing was served via the Court's ECF system to the following:

Kimberly A. Corkill
Thomas B. Bacon
Thomas B. Bacon, P.A.
7 N. Coyle Street
Pensacola, FL 32502
kimberlyatlaw@gmail.com
tbb@thomasbaconlaw.com

                              /s/ Henry B. Talbot